IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL K. ROUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 04-0040-P-B |
| | ) |
| JO ANNE B. BARNHART, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated November 23, 2005 (doc.36), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that plaintiff's Motion For Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc.32), be and is hereby GRANTED, insofar as plaintiff's counsel, Rose A. McPhillips, is awarded an attorney's fee in the amount of $1,762.50 (20 hours - 5.9 hrs.) = 14.1 hrs. x $125.00 per hour = $1,762.50)).

DONE the 27th day of December, 2005.

                                                  S/Virgil Pittman
                                                  SENIOR UNITED STATES DISTRICT JUDGE