IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL K. ROUSE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of Social Security, )<br>)<br>    Defendant. ) | CIVIL ACTION NO. 04-0040-P-B |

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's counsel, Rose A. McPhillips, be awarded an attorney's fee pursuant to 28 U.S.C. § 2412, in the amount of $1,762.50 (20 hours - 5.9 hrs.) = 14.1 hrs. x $125.00 per hour = $1,762.50)).

DONE the 27th day of December, 2005.

                                                              S/Virgil Pittman
                                                   SENIOR UNITED STATES DISTRICT JUDGE